UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES LESTER DORIETY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR99-00478-JCC <br><br> SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATION OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 11, 2007. The United States was represented by Assistant United States Attorney Kathryn Warma, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of six counts of Bank Robbery in violation of 18 U.S.C. § 2113(a). On or about November 12, 1999, defendant was sentenced by the Honorable John C. Coughenour to a term of seventy-eight (78) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program, consent to search and seizure, no new credit to be obtained, no possession of an ID in a name other than defendant's true name, financial disclosure, and restitution.

In a Petition for Warrant or Summons dated August 23, 2007, and a Violation Report and Request for Summons dated August 23, 2007, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

No. 1:  Failing to make payments toward his outstanding restitution obligation as instructed, in violation of the special condition that requires any unpaid restitution to be paid during the period of supervision in monthly installments as directed by the defendant's U.S. Probation Officer.

No. 2:  Obtaining a loan without the approval of the U.S. Probation Officer, in violation of the special condition prohibiting the defendant from incurring new credit charges or opening additional lines of credit without approval of his U.S. Probation Officer.

The defendant was advised of the allegations, and advised of his rights.  Defendant admitted the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to Violations 1 and 2, and that the Court conduct a hearing limited to disposition.  A disposition hearing has been set before the Honorable John C. Coughenour on October 5, 2007, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 11th day of September, 2007.

_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:            Honorable John C. Coughenour
      AUSA:                      Ms. Kathryn Warma
      Defendant's attorney:      Ms. Carol Koller
      Probation officer:         Ms. Angela McGlynn

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATION OF SUPERVISED RELEASE
PAGE 2